556

438 A.2d 630

Commonwealth v. Wilson, Appellant.

Submitted January 28, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Affirmed.

438 A.2d 630

Commonwealth ex rel., Hunter v. Hunter, Appellant.

Argued September 11, 1980. William B. Borrebach, Jr., for appellant; I. B. Sinclair, for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.